In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-09-00466-CR


NO. 09-09-00467-CR


____________________



PATRICK BROWN, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause Nos. 08-02911 and 08-03122






MEMORANDUM OPINION


 Appellant, Patrick Brown, filed a motion to dismiss his appeals pursuant to Tex. R.
App. P. 42.2. The motion is signed by appellant personally after counsel filed a brief which
certifies that counsel could find no arguable error upon which to base the appeals. Counsel
does not object to appellant's motion. No opinions have issued in these appeals.

 It is ORDERED that the motion to withdraw the notices of appeal is GRANTED, and
the appeals are therefore DISMISSED. The Clerk of the Court shall forward a duplicate
copy of this opinion to the clerk of the court in which the notices of appeal were filed.

 APPEALS DISMISSED.


 

 STEVE McKEITHEN

 Chief Justice




Opinion Delivered February 17, 2010

Do Not Publish


Before McKeithen, C.J., Kreger and Horton, JJ.